**MAYER BROWN LLP**
MICHAEL A. MOLANO (SBN 171057)
mmolano@mayerbrown.com
575 Market Street, Suite 2500
San Francisco, California 94105
Telephone: (415) 874-4230

Attorneys for Defendant Maxell, Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| OPTOMA TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAXELL, LTD., <br><br> Defendant. | Case No. 3:24-cv-08147-SK <br><br> **MAXELL LTD.'S CIVIL L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> Honorable Judge Sallie Kim |

1    The undersigned provides the following certifications pursuant to Civil L.R. 3-15.

2    The undersigned is not aware of any conflict, financial or otherwise, that the presiding judge

3    may have with the parties to the litigation.

4    The following listed persons, associations of persons, firms, partnerships, corporations

5    (including, but not limited to, parent corporations), or other entities (i) have a financial interest in

6    the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest

7    in that subject matter or in a party that could be substantially affected by the outcome of this

8    proceeding:

9    Maxell, Ltd. is a public corporation that is listed on the Tokyo Stock Exchange. As of

10   September 30, 2024, The Master Trust Bank of Japan, Ltd. was the shareholder owning the highest

11   percentage—over 15 percent—of Maxell Ltd.'s stock.

12

13

14   Dated:  November 26, 2024          **MAYER BROWN LLP**

15

16                                      */s/ Michael A. Molano*

17                                      MICHAEL A. MOLANO

18                                      Attorneys for Plaintiff Maxell, Ltd.

19

20

21

22

23

24

25

26

27

28

- 1 -